# IN THE DISTRICT COURT IN THE TWENTIETH JUDICIAL DISTRICT, MADILL, MARSHALL COUNTY, STATE OF OKLAHOMA

RONALD CROSBY AND )
ANN CROSBY, )
       )
         Plaintiffs, )
       )
vs. )    Case No. CJ-2015-00
       )
TWIN CITY FIRE INSURANCE )
COMPANY, )
       )
         Defendant. )

*FILED*
*AMANDA PEARCE*
*OCT 1 3 2015*
Time
Court Clerk of Marshall County
By_____
Deputy

## PETITION

**COME NOW** the Plaintiffs above named, Ronald Crosby and Ann Crosby, and for their cause of action against the Defendant above named, set forth the following, to-wit:

      1.     The Defendant is an insurance company with authority to transact insurance business in the State of Oklahoma.

      2.     The Plaintiffs and the Defendant entered into a contract on or about July 9, 2014, pursuant to which the Plaintiffs acquired a homeowners insurance policy from the Defendant and they did pay to the Defendant consideration therefore and the Defendant issued such policy of insurance covering the Plaintiffs' real property for a period covering from July 9, 2014 to July 9, 2015, which said policy of insurance was issued covering the following real property located in Marshall County, State of Oklahoma, hereinafter referred to as the "Subject Property," to-wit:

                  9109 Waters Edge, Kingston, Oklahoma 73439.

*Page 1 of 4*

**Exhibit 1**

3.      The heretofore described policy of insurance further covered, among other properties, the Plaintiffs' "boat house," for which coverage the Plaintiffs paid the Defendant consideration by way of an insurance premium.

4.      The Declaration Page issued by the Defendant setting forth the insurance coverage is attached hereto as Exhibit "A" and incorporated herein by reference.

5.      The Plaintiffs' property was damaged by wind on or about June 18, 2015, specifically, the Plaintiffs' boat house, and pursuant thereto the Plaintiffs submitted to the Defendant a formal Proof of Loss pursuant to the terms and conditions of the policy of insurance, which said Proof of Loss was submitted on or about August 17, 2015, and sought payment from the Defendant to the Plaintiffs for damages sustained to the Plaintiffs' premises, in the sum of $54,410.80.

6.      The Defendant has declined to pay for the damages covered by the policy of insurance and has failed, neglected, and refused to pay for same.

## FIRST CAUSE OF ACTION

7.      The Plaintiffs adopt and incorporate all of the allegations and averments set forth above.

8.      The Defendant has breached the terms and conditions of the contract of insurance entered into by and between the Plaintiffs and Defendant by refusing to pay for the damages to the Plaintiffs' property, pursuant to the terms and conditions of the policy of insurance described above.

9.     The Defendant is indebted to the Plaintiffs for the sum of $54,410.80, for damages sustained by the Plaintiffs to the property insured with the Defendant and therefore Plaintiffs seek judgment against the Defendant in the sum of $54,410.80.

**WHEREFORE**, premises considered, the Plaintiffs move the Court to enter judgment in their favor and against the Defendant for the sum of $54,410.30, and to further award to the Plaintiffs all their costs incurred herein, including all their attorney fees incurred, and to further grant such other and further relief as this Court may deem just and equitable.

## SECOND CAUSE OF ACTION

10.     The Plaintiffs adopt and incorporate all of the allegations and averments set forth above.

11.     The Defendant owed to the Plaintiffs an obligation to deal with them fairly in handling the damage and claim which they sustained and to act in good faith, pursuant to the policy of insurance described above.

12.     The Defendant has breached the terms and conditions by refusing to satisfy the Plaintiffs' claim and said refusal was unreasonable and therefore the Defendant has violated its duty to act in good faith and to deal fairly with the Plaintiffs.

13.     The Plaintiffs seeks damages against the Defendant for breaching its duty to act in good faith and deal fairly, in an amount in excess of $50,000.00.

14.  The Plaintiffs further seek punitive and exemplary damages against the Defendant for its failure to act in good faith and to deal fairly, in an amount in excess of $50,000.00.

**WHEREFORE**, premises considered, the Plaintiffs seek damages against the Defendant for breaching its duty owed to the Plaintiffs to act in good faith and to deal fairly, in an amount in excess of $50,000.00 and the Plaintiffs further move the Court to award to them exemplary or punitive damages, and to further award to them all their costs incurred herein, including a reasonable attorney fee, and to grant such and further relief as this Court may deem just and equitable.

MORDY, MORDY, PFREHM & WILSON, PC

Mike Mordy, OBA #6372
Carrie Pfrehm, OBA #22274
Brad Wilson, OBA #22771
110 West Main Street
Post Office Box 457
Ardmore, Oklahoma 73402
Tel:   (580) 223-4384
*Attorneys for the Plaintiffs, Ronald Crosby and Ann Crosby*

Exhibit "A"

This CONTINUATION Page With the Forms And Endorsements
Listed Below CONTINUES Your HOMEOWNERS POLICY.



THE
HARTFORD

**INSURER:** TWIN CITY FIRE INSURANCE COMPANY
        ONE HARTFORD PLAZA, HARTFORD, CONNECTICUT 06155

| **DECLARATIONS** | |
|---|---|
| HOME ADVANTAGE | **POLICY NO.** 38 RBB834831 CC AARP |

Named Insured and        CROSBY, RONALD & ANN
MAILING ADDRESS          519 SUNSET
                         ARDMORE        OK 73401

**Policy Period 12:01 A.M. Standard Time**
**at the Residence Premises ─────►**    **FROM** 07-09-14   **TO** 07-09-15   **TERM:** 1 YEAR

**Producer Name:** JORDAN-SNODGRASS AGENCY INC        **CODE:** 383400

**TOTAL POLICY PREMIUM:**  | $  4,339.00 |

COVERAGE IS PROVIDED WHERE A LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE.

**COVERAGES**                                        **LIMIT OF LIABILITY**

**SECTION I**

| A. | **DWELLING** | $  475,000 |
|---|---|---|
| B. | **OTHER STRUCTURES** | $   47,500 |
| C. | **PERSONAL PROPERTY** | $  332,500 |
| D. | **LOSS OF USE** | $   95,000 |

**SECTION II**

| E. | **PERSONAL LIABILITY:  EACH OCCURRENCE** | $ |
|---|---|---|
| F. | **MEDICAL PAYMENTS TO OTHERS:  EACH PERSON** | $ |

 THIS POLICY PROVIDES NO SECTION II COVERAGE- SEE YOUR POLICY NO. 38 RBB111111

**DEDUCTIBLE - SECTION I :** $ 5000 DEDUCTIBLE EXCEPT FOR A WIND/HAIL DEDUCTIBLE
                EQUAL TO 2% OF COVERAGE A.

THE RESIDENCE PREMISES COVERED BY THIS POLICY IS LOCATED AT:
                9109 WATERS EDGE
                KINGSTON OK 73439
------------------------------------------------------------------
RATING INFORMATION: 1 FAMILY MASONRY VENEER DWELLING BUILT IN 1984
  STATE 35 TERR. 00401 PROTECTION CLASS 7
  FIRE PROTECTION PROVIDER SOLDIER AND CANEY CREEKS FD
  INSIDE CITY LIMITS PREMIUM GROUP 0.00
  ROOF YEAR: 2012 ROOF AGE: 02 ROOF MATERIAL: COMP - ARCHITECTURAL SHINGLE

                JORDAN-SNODGRASS AGENCY INC
COUNTERSIGNED BY --------------------------------AUTHORIZED AGENT
                    .

----CONTINUED ON PAGE 2----

**FORM H-525   (9/03)  A**                                    4550

DECLARATIONS (CONTINUED)                 POLICY NO. 38 RBB834831 CC AARP

        NAMED INSURED:  CROSBY,RONALD & ANN


FORMS AND ENDORSEMENTS NOW MADE PART OF THIS POLICY:
  (ENTRIES ON ENDORSEMENTS MAY BE LEFT BLANK IF SHOWN ELSEWHERE IN THE POLICY)
  HO 00 03   10 00  SPECIAL FORM                     BASIC PREMIUM $  3,383.00
  HO 04 96   10 00  NO SECT II COV-HOME DAY CARE BUSINESS  PREMIUM        NIL
  HW 01 03   06 03  AMENDATORY ENDORSEMENT                 PREMIUM        NIL
  HW 01 04   06 03  HOMEOWNERS POLICY POLLUTION EXCLUSION  PREMIUM        NIL
  HO 03 45   12 02  OKLAHOMA NOTICE                        PREMIUM        NIL
  HW 01 22   12 12  SPECIAL PROVISIONS OK                  PREMIUM        NIL
  HW 05 80   12 10  PROTECTOR PLUS ZERO DEDUCTIBLE         PREMIUM        NIL
  HW 06 73   12 12  METAL ROOF COSMETIC DAMAGE EX          PREMIUM      $INCL
  HO 03 12   10 00  WINDSTORM-HAIL PERCENTAGE DEDUCTIBLE   PREMIUM   INCLUDED
  HO 04 90   10 00  PERS PROP REPLACEMENT COST LOSS STLMNT PREMIUM $   328.00
  HW 01 01   06 03  LIFETIME CONTINUATION AGREEMENT        PREMIUM        NIL
  HW 05 76   12 10  EQUIPMENT BREAKDOWN COVERAGE           PREMIUM $    30.00
  HW 06 74   12 12  ROOF VALUE SCHEDULE SETTLEMENT         PREMIUM   INCLUDED
  HO 04 48   10 00  OTHER STRUCTURES-RESIDENCE PREMISES    PREMIUM $   520.00
                    DESCRIPTION: BOAT HOUSE        LIMIT $99,000
  HO 04 16   10 00  PREMISES ALARM OR FIRE PROT. SYSTEM                 $INCL
  HW 05 58   07 07  WATER BACKUP AND SUMP PUMP OVERFLOW    PREMIUM $    53.00
                    AMT $10,000 $1000 DEDUCTIBLE APPLIES
  HO 04 27   04 02  LIMITED FUNGI, ROT OR BACTERIA COV     PREMIUM        NIL
                    $5,000 PROPERTY DAMAGE    $50,000 LIABILITY
  HW 04 19   06 03  IDENTITY FRAUD EXPENSE COVERAGE        PREMIUM $    25.00
                    $25,000 LIMIT MAX INCOME PER DAY $300 TOTAL PAYMENT
                    FOR LOST INCOME IS NOT TO EXCEED $7,500
  HW 05 86   02 11  ADDTL LMTS LIABILITY-COV A,B,C,D 125%  PREMIUM   INCLUDED
                    CAP 1.25
DUPLICATION OF LIABILITY                                              $INCL
                                       TOTAL PREMIUM            $  4,339.00
                        MONTHLY SINGLE BILL    -------------------------------

                          - PLEASE NOTE -
THE FOLLOWING CREDITS OR DISCOUNTS HAVE BEEN USED TO
DETERMINE YOUR POLICY PREMIUM:
HIG AUTO POLICY
100% OF REPLACEMENT COST FOR COVERAGE A (REFER TO LOSS SETTLEMENT PROVISION)


            THE FOLLOWING ITEMS ARE ENCLOSED FOR YOUR REVIEW.
  PLP-181-0      IMPORTANT ROOF SURFACE LOSS SETTLEMENT
  PLA-203-0      PRODUCER COMPENSATION NOTICE
  PLP-155-0      IDENTITY RESTORATION SERVICES
  DRA-928-1      OPT-OUT NOTICE
  PLP-163-0      IMPORTANT NOTICE LIMIT OF LIABILITY
  CPF-422-0      FLOOD INSURANCE NOTICE
  PLA-242-1      NOTICE REGARDING USE OF CONSUMER REPORTS
THE LIMIT OF LIABILITY FOR SECTION I COVERAGES MAY BE ADJUSTED
ANNUALLY BASED ON THE INFLATION RATE IN YOUR AREA.


"PLEASE CALL US TOLL FREE AT 1-800-624-5578 IF YOU HAVE ANY QUESTIONS OR
CHANGES TO YOUR POLICY OR A COMPLAINT."



FORM H-525   (Ed. 9/03)  A
                              07-03-13 05-24-14 05-24-14    4551