Exhibit "A"

This CONTINUATION Page With the Forms And Endorsements
Listed Below CONTINUES Your HOMEOWNERS POLICY.


THE HARTFORD

INSURER: TWIN CITY FIRE INSURANCE COMPANY
ONE HARTFORD PLAZA, HARTFORD, CONNECTICUT 06155

| DECLARATIONS | |
|---|---|
| HOME ADVANTAGE | POLICY NO. 38 RBB834831 CC AARP |

Named Insured and      CROSBY, RONALD & ANN
MAILING ADDRESS       519 SUNSET
                      ARDMORE            OK 73401

Policy Period 12:01 A.M. Standard Time
at the Residence Premises ⟶  FROM 07-09-14  TO 07-09-15  TERM: 1 YEAR

Producer Name: JORDAN-SNODGRASS AGENCY INC       CODE: 383400

TOTAL POLICY PREMIUM:  $ 4,339.00

COVERAGE IS PROVIDED WHERE A LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE.

COVERAGES                                           LIMIT OF LIABILITY

SECTION I

A. DWELLING                                         $  475,000
B. OTHER STRUCTURES                                 $   47,500
C. PERSONAL PROPERTY                                $  332,500
D. LOSS OF USE                                      $   95,000

SECTION II

E. PERSONAL LIABILITY: EACH OCCURRENCE              $
F. MEDICAL PAYMENTS TO OTHERS: EACH PERSON          $

THIS POLICY PROVIDES NO SECTION II COVERAGE- SEE YOUR POLICY NO. 38 RBB111111

**DEDUCTIBLE - SECTION I :** $ 5000 DEDUCTIBLE EXCEPT FOR A WIND/HAIL DEDUCTIBLE
EQUAL TO 2% OF COVERAGE A.

THE RESIDENCE PREMISES COVERED BY THIS POLICY IS LOCATED AT:
    9109 WATERS EDGE
    KINGSTON OK 73439
------------------------------------------------------------
RATING INFORMATION: 1 FAMILY MASONRY VENEER DWELLING BUILT IN 1984
  STATE 35 TERR. 00401 PROTECTION CLASS 7
  FIRE PROTECTION PROVIDER SOLDIER AND CANEY CREEKS FD
  INSIDE CITY LIMITS PREMIUM GROUP 0.00
  ROOF YEAR: 2012 ROOF AGE: 02 ROOF MATERIAL: COMP - ARCHITECTURAL SHINGLE

                JORDAN-SNODGRASS AGENCY INC
COUNTERSIGNED BY ---------------------------------AUTHORIZED AGENT

----CONTINUED ON PAGE 2----

FORM H-525  (9/03)  A                                         4550

```
     DECLARATIONS (CONTINUED)              POLICY NO. 38 RBB834831 CC AARP

        NAMED INSURED:  CROSBY,RONALD & ANN


FORMS AND ENDORSEMENTS NOW MADE PART OF THIS POLICY:
 (ENTRIES ON ENDORSEMENTS MAY BE LEFT BLANK IF SHOWN ELSEWHERE IN THE POLICY)
   HO 00 03    10 00   SPECIAL FORM                     BASIC PREMIUM $  3,383.00
   HO 04 96    10 00   NO SECT II COV-HOME DAY CARE BUSINESS   PREMIUM       NIL
   HW 01 03    06 03   AMENDATORY ENDORSEMENT                  PREMIUM       NIL
   HW 01 04    06 03   HOMEOWNERS POLICY POLLUTION EXCLUSION   PREMIUM       NIL
   HO 03 45    12 02   OKLAHOMA NOTICE                         PREMIUM       NIL
   HW 01 22    12 12   SPECIAL PROVISIONS OK                   PREMIUM       NIL
   HW 05 80    12 10   PROTECTOR PLUS ZERO DEDUCTIBLE          PREMIUM       NIL
   HW 06 73    12 12   METAL ROOF COSMETIC DAMAGE EX           PREMIUM     $INCL
   HO 03 12    10 00   WINDSTORM-HAIL PERCENTAGE DEDUCTIBLE    PREMIUM   INCLUDED
   HO 04 90    10 00   PERS PROP REPLACEMENT COST LOSS STLMNT  PREMIUM $   328.00
   HW 01 01    06 03   LIFETIME CONTINUATION AGREEMENT         PREMIUM       NIL
   HW 05 76    12 10   EQUIPMENT BREAKDOWN COVERAGE            PREMIUM $    30.00
   HW 06 74    12 12   ROOF VALUE SCHEDULE SETTLEMENT          PREMIUM   INCLUDED
   HO 04 48    10 00   OTHER STRUCTURES-RESIDENCE PREMISES     PREMIUM $   520.00
                       DESCRIPTION: BOAT HOUSE         LIMIT $99,000
   HO 04 16    10 00 PREMISES ALARM OR FIRE PROT. SYSTEM               $INCL
   HW 05 58    07 07   WATER BACKUP AND SUMP PUMP OVERFLOW     PREMIUM $    53.00
                       AMT $10,000 $1000 DEDUCTIBLE APPLIES
   HO 04 27    04 02   LIMITED FUNGI, ROT OR BACTERIA COV      PREMIUM       NIL
                       $5,000 PROPERTY DAMAGE      $50,000 LIABILITY
   HW 04 19    06 03   IDENTITY FRAUD EXPENSE COVERAGE         PREMIUM $    25.00
                       $25,000 LIMIT MAX INCOME PER DAY $300 TOTAL PAYMENT
                       FOR LOST INCOME IS NOT TO EXCEED $7,500
   HW 05 86    02 11   ADDTL LMTS LIABILITY-COV A,B,C,D 125%   PREMIUM   INCLUDED
                       CAP 1.25
DUPLICATION OF LIABILITY                                                $INCL
                                          TOTAL PREMIUM             $ 4,339.00
                       MONTHLY SINGLE BILL          --------------------------------

                          - PLEASE NOTE -
THE FOLLOWING CREDITS OR DISCOUNTS HAVE BEEN USED TO
DETERMINE YOUR POLICY PREMIUM:
HIG AUTO POLICY
100% OF REPLACEMENT COST FOR COVERAGE A (REFER TO LOSS SETTLEMENT PROVISION)

                THE FOLLOWING ITEMS ARE ENCLOSED FOR YOUR REVIEW.
   PLP-181-0        IMPORTANT ROOF SURFACE LOSS SETTLEMENT
   PLA-203-0        PRODUCER COMPENSATION NOTICE
   PLP-155-0        IDENTITY RESTORATION SERVICES
   DRA-928-1        OPT-OUT NOTICE
   PLP-163-0        IMPORTANT NOTICE LIMIT OF LIABILITY
   CPF-422-0        FLOOD INSURANCE NOTICE
   PLA-242-1        NOTICE REGARDING USE OF CONSUMER REPORTS
THE LIMIT OF LIABILITY FOR SECTION I COVERAGES MAY BE ADJUSTED
ANNUALLY BASED ON THE INFLATION RATE IN YOUR AREA.

"PLEASE CALL US TOLL FREE AT 1-800-624-5578 IF YOU HAVE ANY QUESTIONS OR
CHANGES TO YOUR POLICY OR A COMPLAINT."
```

FORM H-525   (Ed. 9/03)   A                  07-03-13  05-24-14  05-24-14   4551