UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RONALD CROSBY AND ) <br> (2) ANN CROSBY, ) <br> ) <br>       Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> (1) TWIN CITY FIRE INSURANCE ) <br> COMPANY, ) <br> ) <br>       Defendant. ) | Case No. 15-cv-00433-JHP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Ronald Crosby and Ann Crosby hereby stipulate with Defendant Twin City Fire Insurance Company that Plaintiffs' claims in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 4th day of February, 2016.

Respectfully submitted,

*s/Mike Mordy*
Mike Mordy, OBA #6372
Carrie Pfrehm, OBA #22274
Brad Wilson, OBA #22771
110 West Main Street
Post Office Box 457
Ardmore, Oklahoma 73402
Telephone:   (580) 223-4384
Facsimile:   (580) 226-0823
E-mail:   mmordy@mordylaw.com
          c.pfrehm@mordylaw.com
          bwilson@mordylaw.com

ATTORNEYS FOR PLAINTIFFS
RONALD CROSBY AND ANN CROSBY

   *s/Jodi W. Dishman*
Jodi W. Dishman, OBA #20677
Andrew J. Morris, OBA #31658
MCAFEE & TAFT
A PROFESSIONAL CORPORATION
211 North Robinson, 10th Floor
Oklahoma City OK 73102
Telephone:     (405) 235-9621
Facsimile:      (405) 235-0439
E-mail:          jodi.dishman@mcafeetaft.com
                andrew.morris@mcafeetaft.com

ATTORNEYS FOR DEFENDANT
TWIN CITY FIRE INSURANCE COMPANY